COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



|  |  |  |
|---|---|---|
| | § | |
| THE CITY OF EL PASO, TEXAS, | | No. 08-14-00143-CV |
| | § | |
| APPELLANT | | Appeal from the |
| | § | |
| V. | | 327th District Court |
| | § | |
| EL PASO COUNTY EMERGENCY | | of El Paso County, Texas |
| SERVICES DISTRICT NO. 1, | § | |
| | | (TC# 2012DTX03609) |
| APPELLEE | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's unopposed motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF SEPTEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)